UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TIMOTHY ALAN SIAN,

    Petitioner,      Case No. 2:16-CV-272

v.      HON. GORDON J. QUIST

DUNCAN MacLAREN,

    Respondent.

                                       /

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On March 14, 2017, Magistrate Judge Greeley issued a Report and Recommendation (R & R) recommending that the Court deny Petitioner's petition for writ of habeas corpus because it is barred by the one-year statute of limitations. The Court has reviewed the R & R recommending that the petition be denied as untimely. The R & R was duly served on Petitioner on March 14, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the amended R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the March 14, 2017, Report and Recommendation (ECF No. 7) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** because it is barred by the one-year statute of limitations.

This case is **concluded**.

A separate judgment will enter.

Dated: April 11, 2017                             /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE